**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Amber Coulter | **COURT CASE NUMBER** 1:24-cv-06798-RMB-EAP |
| **DEFENDANT** National Tenant Network, Inc | **TYPE OF PROCESS** Summons, complaint |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
National Tenant Network, Inc

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4800 Meadows Rd third floor Lake Oswego, Or 97035

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
154 Buker Ave
Atco NJ 08004
Amber Coulter

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please serve pricipal address or register agent. CT Corporation System 780 Commercial ST SE Ste 100 Salem OR 97301

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Amber Coulter
TELEPHONE NUMBER: 856 606 9249
DATE: 5/13/25

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.:
District to Serve No.: 065
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 7/22/25

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
× Eden Cloverglade  Eden
Date: 7/22/25  Time: 1445  ☐ am ☐ pm
Address (complete only if different than shown above):
SEE ABOVE
Signature of U.S. Marshal or Deputy: [signature]

**REMARKS**
- Delivered to address listed. Eden Cloverdale accepted the summons.

**RECEIVED**
JUL 29 2025
AT 8:30_____ M
CLERK, U.S. DISTRICT COURT - DNJ

Form USM-285
Rev. 01/21

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☒ Name of person with whom the summons and complaint were left:
Eden Cloverglade ; or

☐ Returned unexecuted: _____ ; or

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 47 miles $32.90 | $65.00 | $97.90 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/22/25
                  Date

Signature of Server

180 Commercial St STE 100
Address of Server
a Salem OR 97301